DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RHONDA GAIL TOMLINSON,

Appellant,

v.

JEFF ALLEN TOMLINSON, JEFFCO CONSTRUCTION,
INC., and JRMT HOLDINGS, LLC,

Appellees.

No. 2D2025-2009

_____

May 1, 2026

Appeal from the Circuit Court for Hillsborough County; Nancy L. Jacobs,
Judge.

James R. Schaffer of James R. Schaffer, P.A., Tampa, for Appellant.

Amy D. Singer of Probasco Singer Bayne, PLLC, Tampa, for Appellee Jeff
Allen Tomlinson.

No appearance for remaining Appellees.


PER CURIAM.

    Affirmed.


LaROSE, ROTHSTEIN-YOUAKIM, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.